

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | § | |
|---|---|---|
| DEEN T. WILLIAMSON, | § | No. 08-13-00309-CV |
| Appellant, | § | Appeal from the |
| v. | § | County Court at Law No. 2 |
| CRAIG HOWARD, ET. AL., | § | of Dallas County, Texas |
| Appellees. | § | (TC# CC-13-03662-CB) |

**O R D E R**

Pending before the Court is a motion filed by Appellant, Deen Williamson, titled "Pro Se APPELLANT'S MOTION REQUESTING THE EIGHTH COURT OF APPEALS ALLOW HER TO CORRECT THE DATE THE JUSTICE PEACE COURT DENIED APPELLEES' MOTION TO STRIKE THE PETITION OF INTERVENTION". Appellant asserts in her motion that she misstated the date on which the Justice of the Peace denied a motion to strike the petition in intervention and she requests permission to correct the error in her "pleadings". Appellant does not identify the motion or other filing which contains the error. Accordingly, the motion is DENIED.

IT IS SO ORDERED this 3rd day of January, 2014.

PER CURIAM

Before McClure, C.J., Rivera and Rodriguez, JJ.